AMB

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT the new case number 08 CV 2248 was assigned in error; and

IT FURTHER APPEARING that the new case 08 CV 2248 was a duplicate assignment of an action filed just prior to it, under 08 CV 2243, that was assigned to the calendar of Judge Gottschall of this court; therefore

IT IS HEREBY ORDERED that the assignment of 08 CV 2248 to Judge Guzman shall be vacated and that case number 08 CV 2248 shall not be used for any other proceeding.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

James F. Holderman

Chief Judge James F. Holderman

Dated at Chicago this 2nd day of May, 2008.